STATE OF CONNECTICUT *v.* PASQUALE TEMPORALE

The defendant's petition for certification for appeal from the Appellate Session of the Superior Court is denied.

*John R. Williams,* in support of the petition.

*Robert E. Beach, Jr.,* assistant state's attorney, in opposition.

Submitted October 19—decided November 3, 1976

STATE OF CONNECTICUT *v.* KENDALL J. RICHMOND

The defendant's petition for certification for appeal from the Appellate Session of the Superior Court is denied.

*Alphonse DiBenedetto,* public defender, in support of the petition.

*Robert E. Beach, Jr.,* assistant state's attorney, in opposition.

Submitted October 21—decided November 3, 1976

ROBERT LEARY *v.* STYLARAMA OF NEW HAVEN, INC.

The defendant's motion to strike and to expunge is denied.

*Clarence A. Haddon,* in support of the motion.

*William F. Gallagher,* in opposition.

Submitted October 25—decided November 3, 1976